UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICKY A. HOYT,

                Plaintiff,

v.

CAROLYN W. COLVIN. Commissioner of Social Security,

                Defendant.

Case No. 3:12-cv-06080-KLS

ORDER DENYING PLAINTIFF'S CR 59(e) MOTION

This matter comes before the Court on plaintiff's filing of her motion for a new trial pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 59(e), arguing this Court made an error of law in affirming defendant's decision to deny benefits. See ECF #19. For the reasons set forth below, however, that motion hereby is DENIED.

"There are four grounds upon which a Rule 59(e) motion may be granted: 1) the motion is 'necessary to correct manifest errors of law or fact upon which the judgment is based;' 2) the moving party presents 'newly discovered or previously unavailable evidence;' 3) the motion is necessary to 'prevent manifest injustice;' or 4) there is an 'intervening change in controlling law.'" Turner v. Burlington Northern Santa Fe R. Co., 338 F.3d 1058, 1063 (9th Cir. 2003) (quoting McDowell v. Calderon, 197 F.3d 1253, 1254 n. 1 (9th Cir.1999)). "A district court has considerable discretion when considering a motion to amend a judgment under" Fed. R. Civ. P. 59(e). Id.

Plaintiff has not argued or shown that there is any "newly discovered or previously

ORDER - 1

unavailable evidence," that her motion is necessary to "prevent manifest injustice" or that there has been an "intervening change in controlling law." In addition, while plaintiff argues the Court made an error of law in affirming defendant's decision to deny benefits, she essentially re-asserts the arguments she made in her opening and reply briefs. Accordingly, the Court declines to find any "manifest errors of law or fact" in its prior judgment that requires correcting.

DATED this 31st day of January, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2